IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGAN R. MADDEN, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 13-0257 |
| | ) | |
| v. | ) | |
| | ) | Judge Joy Flowers Conti |
| MOON TOWNSHIP MUNICIPAL AUTHORITY and JOHN F. RILEY | ) ) | |
| | ) | |
| Defendants | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between Plaintiff Regan R. Madden and Defendants Moon Township Municipal Authority and John F. Riley that the above-captioned case be dismissed with prejudice as to all Defendants, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

                                                                S/ Jon Pushinsky
                                                                JON PUSHINSKY
                                                                PA I.D. #30434
                                                                1808 Law & Finance Building
                                                                Pittsburgh, PA 15219
                                                                Phone: (412) 281-6800

So Ordered:                                              Lawyer for Plaintiff

                                                                S/ Trisha A. Gill
_____                TRISHA A. GILL
U.S. District Court Judge                  Pa. I.D. #83751
                                                                Litchfield Cavo, LLP, Suite 600
                                                                420 Ft. Duquesne Blvd.
                                                                Pittsburgh, PA 15222
                                                                Phone: (412) 291-8242

                                                                Lawyer for Defendants