IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGAN R. MADDEN,       )

           )

      Plaintiff       )    Civil Action No. 13-0257

           )

v.            )

           )    Judge Joy Flowers Conti

MOON TOWNSHIP MUNICIPAL       )

AUTHORITY and JOHN F. RILEY       )

           )

      Defendants       )

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby

stipulated and agreed to by and between Plaintiff Regan R. Madden and Defendants Moon Township

Municipal Authority and John F. Riley that the above-captioned case be dismissed with prejudice as to

all Defendants, each party to bear its own costs, and the Court may enter an Order accordingly, notice

by the Clerk being hereby waived.

 

S/  Jon Pushinsky

JON PUSHINSKY

PA I.D. #30434

1808 Law & Finance Building

Pittsburgh, PA 15219

Phone: (412) 281-6800

So Ordered:                 Lawyer for Plaintiff

 

S/ Trisha A. Gill

/s/ Joy Flowers Conti         TRISHA A. GILL

U.S. District Court Judge       Pa. I.D. #83751

                        Litchfield Cavo, LLP, Suite 600

Dated:  April 15, 2014        420 Ft. Duquesne Blvd.

                        Pittsburgh, PA 15222

                        Phone: (412) 291-8242

 

Lawyer for Defendants